NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

ANNE WILSON PARHAM
(ALSO KNOWN AS ANNE L. WILSON AND ANNE W.
PARHAM) AND LAWRENCE NEIL PARHAM
(ALSO KNOWN AS LARRY N. PARHAM),
*Plaintiffs-Appellees,*

v.

SUZANNE HARRIS-ONAXIS AND
LEE HARRIS-ONAXIS,
*Defendants-Appellants.*

---

2012-1519

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 12-CV-0079, Judge William C. O'Kelley.

---

Before LINN, DYK, and WALLACH, *Circuit Judges.*

DYK, *Circuit Judge.*

## ORDER

The court considers whether to transfer this case to the United States Court of Appeals for the Eleventh Circuit.

Suzanne Harris-Onaxis and Lee Harris-Onaxis appeal from an order of the United States District Court for the Northern District of Georgia which affirmed a bankruptcy judge's decision that the debt was not dischargeable. Although the notice of appeal indicates that Suzanne Harris-Onaxis and Lee Harris-Onaxis sought to appeal to the Eleventh Circuit, the district court transmitted the notice of appeal to this court. Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed. Transfer is appropriate here.

Accordingly,

IT IS ORDERED THAT:

The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Eleventh Circuit.

FOR THE COURT

OCT 1 5 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles Neil Kelley, Jr., Esq.
Douglas Lowman Henry, Esq.

s26

Issued As A Mandate:    OCT 1 5 2012